[No. 10925–9–III.   Division Three.   August 1, 1991.]

WEYERHAEUSER COMPANY, *Respondent,* v. REAL
ESTATE EQUITIES CORPORATION, *Defendant,*
NEAL R. FOSSEEN, JR., ET AL,
*Appellants.*

Appeal from a judgment of the Superior Court for Spokane County, No. 90–2–01645–0, Thomas E. Merryman, J., entered June 29, 1990. *Affirmed in part* and *reversed in part* by unpublished opinion per Thompson, J., concurred in by Green, C.J., and Munson, J.

[No. 26054–5–I.   Division One.   August 5, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. IRVIN
BABE LYLE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89–1–05917–3, Jim Bates, J., entered April 23, 1991. *Remanded* by unpublished per curiam opinion.

[No. 23935–0–I.   Division One.   August 5, 1991.]

B&I REALTY, INC., *Respondent,* v. GARY B.
HANSEN, *Defendant,* VICKI D. HANSEN,
*Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87–2–17147–7, Norman W. Quinn, J., entered July 20, 1989. *Affirmed in part* and *reversed in part* by unpublished opinion per Coleman, J., concurred in by Webster, A.C.J., and Baker, J.